# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Miguel Ruiz Ramirez,<br><br>Petitioner,<br><br>v.<br><br>Luis Rosa, Jr., et al.,<br><br>Respondents. | No.  CV-26-03264-PHX-AMM (DMF)<br><br><br>**ORDER** |

Petitioner Jose Miguel Ruiz Ramirez filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to answer Ground Three of the Petition. (Doc. 3.) In their Response, Respondents state: "Respondents do not oppose the habeas petition to the extent Petitioner challenges his current mandatory dentention [sic] under 8 U.S.C. § 1225(b)(2), nor do they oppose Petitioner's request for an individualized bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 4.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

Accordingly,

**IT IS ORDERED:**

(1)    Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED IN PART** as described herein.

(2)    Respondents shall provide Petitioner a bond redetermination hearing within **seven (7) days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3)    Respondents shall provide a notice of compliance within **three (3) days** of releasing Petitioner or providing Petitioner a bond hearing.

(4)    Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 7th day of July, 2026.

Honorable Angela M. Martinez
United States District Judge